```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MAERSK INC. as agents for A.P.               :
MOLLER-MAERSK A/S                            :
                                             :
                         Plaintiff,          :
                                             :      ORDER ADOPTING R&R
         -against-                           :      09-CV-3458 (DLI) (JO)
                                             :
OPTIMUM FLEX, INC.,                          :
                                             :
                         Defendant.          :
-----------------------------------------------------------------x
```
**DORA L. IRIZARRY, U.S. District Judge:**

It appears that no objections have been filed to the Report and Recommendation ("R&R") of the Honorable James Orenstein, U.S.M.J., dated July 8, 2010; and,

Upon due consideration, the R&R is hereby adopted in full. Accordingly, it is hereby

ORDERED that judgment in the amount of $3,481[1] be entered against defendant Optimum Flex, Inc. by the Clerk of the Court.

SO ORDERED

DATED: Brooklyn, New York
       August 5, 2010

                                        /s/
                                     DORA L. IRIZARRY
                                  United States District Judge

---

[1] The court notes that references in the R&R (Docket Entry No. 10) and accompanying ECF entry to an award of $3,841 are typographical errors, and finds that $3,481 is the actual award recommended by Judge Orenstein.

1